**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**DEMARIO D. WALKER, L1625**                                          **PETITIONER**

**vs.**                                          **CIVIL ACTION NO.: 3:14-CV-71-HTW-LRA**

**MICHAEL WHITE**                                                  **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 19]** and takes notice neither party has filed objections to the Report and Recommendation. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 15]** is hereby ADOPTED as the order of this court.

Further, this court is persuaded by the Report and Recommendation of United States Magistrate Judge Linda Anderson **[Docket no. 19]** that this case is due to be dismissed. Therefore, this court hereby DISMISSES this lawsuit without prejudice. The parties are to bear their own costs.

SO ORDERED, this this 25th day of January, 2017.

                                    **s/ HENRY T. WINGATE**
                                    **UNITED STATES DISTRICT COURT JUDGE**